IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HAROLD ALLAN PATE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2473

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Holmes County.
Colby Peel, Acting Judge.

Harold Allan Pate, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.